**Joy L. HODGSON, Plaintiff–Appellant,**

v.

**Commissioner, Social Security, Jo Anne B. BARNHART, Defendant– Appellee.**

**No. 06–1638.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2007.

Decided: Feb. 22, 2007.

Timothy F. Cogan, Cassidy, Myers, Cogan & Voegelin, L.C., Wheeling, West Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, Nora R. Koch, Supervisory Regional Counsel, Kathleen Hogan, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania; Thomas E. Johnston, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joy L. Hodgson appeals the district court's order adopting the report and recommendation of the magistrate judge affirming the Commissioner's denial of supplemental security benefits. We uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g)(2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hodgson v. Barnhart,* No. 5:05–cv–00014– FPS (N.D.W.Va. Mar. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*